IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALLACE JOSEPH DESMARAIS JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MONICA N. JOHNSON, FRED E. DURHAM III, BRAD W. BUSS, PATRICK J. CONNOLLY, MICHAEL DEARING, DOUGLAS M. LEONE, BOB MARINO, J.P. MORGAN SECURITIES LLC, JEFFERIES & COMPANY, INC., COWEN AND COMPANY, LLC, JANNEY MONTGOMERY SCOTT LLC, RAYMOND JAMES & ASSOCIATES, INC. and CAFEPRESS INC.,<br><br>Defendants. | No. C 13-03666 WHA<br><br>**ORDER RE NOTICE AND CERTIFICATION** |

Although 15 U.S.C. § 77z-1(a)(3)(A) seems to make notice mandatory, plaintiffs have the Court's permission to postpone notice until after the issue of remand has been decided. Plaintiffs, however, must comply with the certification requirements under 15 U.S.C. § 77z-1(a)(2), and shall file the certification by **NOON ON AUGUST 27.**

**IT IS SO ORDERED.**

Dated: August 23, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE